**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINE BAKER individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>CRODA, INC.,<br><br>               Defendant. | Case No.:  2:19-cv-21234-JMV-JBC |

**PLAINTIFF CHRISTINE BAKER'S NOTICE OF DIMSSSAL WITHOUT PREDUCICE**

Plaintiff, Christine Baker, through undersigned counsel, hereby dismisses this action without prejudice in accord with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

               **MORGAN & MORGAN COMPLEX LITIGATION GROUP**

               ***/s/ ANDREW R. FRISCH***
               Andrew R. Frisch
               NJ Bar No. 38452000
               MORGAN & MORGAN, P.A.
               8151 Peters Road, Suite 4000
               Plantation, FL 33324
               AFrisch@ForThePeople.com
               P: (954) 967-5377
               F: (954) 327-3013

               T. MICHAEL MORGAN*
               FL Bar No. 0062229
               MORGAN & MORGAN, P.A.
               20 N Orange Ave., Suite 1600
               Orlando, FL 32801
               mmorgan@ForThePeople.com
               P: (407) 418-2031
               F: (407) 245-3384

               JOHN A. YANCHUNIS*

FL Bar No. 324681
MARCIO W. VALLADARES*
FL Bar No. 986917
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@ForThePeople.com
P: (813) 223-5505
F: (813) 223-5402

RENE F. ROCHA*
LA Bar No. 34411
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
3530 Magazine St.
New Orleans, LA 70115
rrocha@ForThePeople.com
P:  (954) 318-0268
F:  (954) 327-3018

FRANK PETOSA*
FL Bar No. 972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
8151 Peters Road
Suite 4000
Plantation, FL 33324
fpetosa@ForThePeople.com
P:  (954) 318-0268
F:  (954) 327-3018

**Pro Hac Vice*

*Attorneys for the Plaintiff and
the Putative Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to as counsel of record.

/s/ ANDREW R. FRISCH
Attorney

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/9/2020